MICHELLE A. ISCH, Respondent, v E. DENNIS PRYSTAWSKI, Appellant. E. DENNIS PRYSTAWSKI, Appellant, v MICHELLE A. ISCH, Respondent. (Appeal No. 1.)—

Present—Dillon, P. J., Callahan, Boomer, Pine and Balio, JJ.

E. DENNIS PRYSTAWSKI, Appellant, v MICHELLE A. ISCH, Respondent.—(Appeal No. 2.)—

Present—Dillon, P. J., Callahan, Boomer, Pine and Balio, JJ.

In the Matter of DAVID FRISCH, Petitioner, v CHARLES JAMES, as Superintendent of Collins Correctional Facility, et al., Respondents.—

Present—Callahan, J. P., Denman, Green, Balio and Lawton, JJ.